(March 9, 1971)

In the Matter of HAROLD R. MOORE, JR., an Attorney, Respondent. NEW YORK STATE BAR ASSOCIATION, Petitioner.—

Herlihy, P. J., Reynolds, Greenblott and Cooke, JJ., concur; Aulisi, J., not voting.